ORIGINAL

**FILED**

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0460

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0460

MARK EUGENE BENTON,

Petitioner,

v.

MONTANA 13TH JUDICIAL DISTRICT,
YELLOWSTONE COUNTY,
HONORABLE DON HARRIS, Presiding,

Respondent.

O R D E R

Mark Eugene Benton has filed a one-paged pleading, titled "Motion to Compel," where he seeks to compel the Thirteenth Judicial District Court, Yellowstone County, to provide him with three documents. He wants copies of the bench warrant of arrest, petition for revocation of sentence, and affidavit in support of the petition. Benton has included copies of his requests to the District Court as well as a copy of the court's register of actions. The Clerk of the Supreme Court has filed this motion as an original proceeding.

Available electronic records indicate that on November 22, 2005, the Yellowstone County District Court sentenced Benton to the Montana State Prison for a twenty-year term with ten years suspended for felony incest (Cause No. DC 05-0343) (2005 conviction). According to the register of actions, the State sought to revoke his sentence in November 2015, and the court entered its Order of Revocation and Imposition of Sentence in February 2016.

A report of violation was filed in January 2021. The State also charged Benton with felony failure to register as a sexual offender on April 1, 2021. On December 23, 2022, the District Court committed Benton to the Department of Corrections for a consecutive, five-year term for the felony conviction (Cause No. DC 21-0438). Following several continuances and status hearings, the court issued an Order of Revocation and Imposition

of Sentence on January 26, 2023, for Benton's 2005 conviction. Benton never appealed his 2005 conviction, sentence, or sentences upon revocation.

We address Benton's pleading. A motion to compel is found in the Montana Rules of Civil Procedure and is used during discovery. M. R. Civ. P. 37. This rule does not apply to this Court, only the District Courts. M. R. Civ. P. 1. Benton's motion is improper for this Court to consider here.

Even if we were to construe liberally his motion as a writ of supervisory control, Benton gains no traction with this Court. M. R. App. P. 14(2). Benton did not serve the District Court over which he seeks control. M. R. App. P. 14(6). We observe that the criminal case of his 2005 conviction has had no activity since 2023. There is no matter in the District Court over which to take supervisory control.

Moreover, Benton cannot compel a court to provide him copies, when he must pay for copies of documents under Montana law. Once granted in the District Court, a motion to proceed without paying the filing fee only allows Benton to commence a civil case in a court. Section 25-10-404, MCA. This waiver of a filing fee is limited. "The clerk of district court shall collect the following fees[] . . . for preparing copies of papers on file in the clerk's office in all criminal and civil proceedings, $1 a page for the first 10 pages of each file, for each request, and 50 cents for each additional page[.]" Section 25-1-201(1)(d)(i), MCA. Benton must pay for copies of documents that were filed in the District Court, such as in his criminal case for the 2005 conviction, pursuant to § 25-1-201(1)(d), MCA. Benton does not mention a separate civil matter in the District Court. For any documents for his 2005 conviction, he must provide payment along with the details of his request. As mentioned, Benton never appealed, and thus, no transcripts exist. Section 25-10-201(7), MCA. Benton may attempt to request production of transcripts for a specific date, as he was directed in the attached July 24, 2024 letter from the District Court Administrator; however, at this point, he most likely would have to pay for the production of transcripts.

Therefore,

2

IT IS ORDERED that Benton's Motion to Compel is DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Donald L. Harris, District Court Judge; Terry Halpin, Clerk of District Court, under Cause No. DC 05-0343; counsel of record, and Mark Eugene Benton, Sr.

DATED this 27 day of August, 2024.

**FILED**

AUG 27 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices